# In the United States Court of Federal Claims

No. 04-1303 C

(E-Filed: December 17, 2004)

DIAMOND SPRINGS APARTMENTS (I), A CALIFORNIA LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

This case has been reassigned to the undersigned. Proceedings in this case shall be conducted in accordance with the Rules of the United States Court of Federal Claims (RCFC) as from time to time amended and relevant general orders, in particular General Order No. 2004–42A regarding the court's electronic case filing (ECF) system.

The order of the court dated August 20, 2004 is hereby VACATED.

The parties are urged to contact the court any time when they believe that such will assist in securing the "just, speedy and inexpensive determination" of the action. See RCFC 1.

IT IS SO ORDERED.

s/ Emily C. Hewitt
EMILY C. HEWITT
Judge